CASE-CLOSED, GRIFFIN

# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00482
# Internal Use Only

Kolb et al v. C.R. Bard, Inc. et al
Assigned to: District Judge William J. Haynes, Jr
Cause: 28:1446 Notice of Removal- Product Liability

Date Filed: 05/02/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lydia F. Kolb** represented by **Donald D. Zuccarello**
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
Email: dzuccarello@ddzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina H. Parsley**
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
Email: nparsley@ddzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Kolb** represented by **Donald D. Zuccarello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina H. Parsley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.** represented by **Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell &

Berkowitz, PC
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
(865) 549-7000
Email:
acolocotronis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Alan Gausepohl**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202) 682-1639
Email: dgausepohl@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
(865) 549-7000
Fax: (865) 525-8569
Email: mstevens@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005

US
(202) 898-5800
Fax: (202) 682-1639
Email: mjunk@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Andrew L. Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2007 | 1 | NOTICE OF REMOVAL by Davol, Inc., C.R. Bard, Inc. from Circuit Court for Davidson County, Tennessee, case number 07C837. (filing fee paid $350.00) (Attachment: #(1) Attachments, including original complaint)(rm) (Entered: 05/03/2007) |
| 05/02/2007 | 2 | CORPORATE DISCLOSURE STATEMENT filed by Davol, Inc., C.R. Bard, Inc. (rm) (Entered: 05/03/2007) |
| 05/02/2007 | 3 | NOTICE of Initial Case Management Conference set for Monday, 6/25/2007 at 2:00 PM in Courtroom A859 before District Judge William J. Haynes. (rm) (Entered: 05/03/2007) |
| 05/09/2007 | 4 | ANSWER to Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(Stevens, Melissa) (Entered: 05/09/2007) |
| 05/09/2007 | | NOTE TO FILER re Answer (#4): This document is a scanned |

| | | |
|---|---|---|
| | | document; scanning should only be used for documents not created on your computer. This document does not need to be re-filed. (hv) (Entered: 05/09/2007) |
| 06/21/2007 | 5 | PROPOSED CASE MANAGEMENT ORDER filed by Lydia F. Kolb, Robert Kolb. (Parsley, Nina) (Entered: 06/21/2007) |
| 06/28/2007 | 6 | ORDER: this case is administratively closed pending a decision of the MDL Panel; if this action is not transferred, it may be reopened upon motion of either party. Signed by Judge William J. Haynes Jr. on 6/28/07. (hv) (Entered: 06/29/2007) |
| 08/09/2007 | 7 | COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) rec'd this date from the MDL Judicial Panel transferring this case to the District of Rhode Island. This order is not effective until it is filed in the office of the Clerk of the Court for the District of Rhode Island and a certified copy received by this court. (aef, ) (Entered: 08/10/2007) |
| 08/13/2007 | 8 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) rec'd this date from the District of Rhode Island. The case is ready for transfer. (aef, ) (Entered: 08/13/2007) |