138525

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY,
TENNESSEE AT NASHVILLE
20th JUDICIAL DISTRICT

FILED
2007 MAR 22 PM 3:42
RICHARD R. ROOKER, CLERK
D.C.

**LYDIA F. KOLB and ROBERT KOLB,** )
)
***Plaintiffs,*** )
)
) **DOCKET #07C837**
**v.** ) **JURY DEMAND (12)**
)
)
**C.R. BARD INC., and DAVOL, INC.,** )
)
**Defendants.** )

---

## COMPLAINT

---

Come now the Plaintiffs, Lydia Kolb and Robert Kolb, by and through their undersigned counsel, Donald D. Zuccarello, and bring suit against Defendants C.R. Bard and Davol, Inc., and state as follows:

1. The Plaintiffs Lydia Kolb and Robert Kolb (hereinafter "Plaintiffs") are citizens and residents of Davidson County residing at 5710 B. Robertson Avenue, Nashville, Tennessee.

2. The Defendants C.R. Bard, Inc., and Davol Inc., are foreign corporations, and (hereinafter "Defendants") who manufacture medical products that through the stream of commerce are purchased and used by physicians and hospitals in Nashville, Tennessee.

3. The Plaintiff Lydia Kolb underwent hernia repair with her surgeon Dr. Willie Melvin on or about December 28, 2004, implanting the Bard Composix® Kugel Hernia Patch 9.6cm x 24.6 cm., REF0010208.

4. The Defendants designed, fabricated, produced, manufactured, processed,

assembled, marketed, and introduced into the stream of commerce the Composix® Kugel Hernia Patch which was used at Vanderbilt University Medical Center on or about December 28, 2004.

4. The Composix® Kugel Hernia Patch was defective and unreasonably dangerous beyond that which would be contemplated by the ordinary consumer, and caused dangerous and unsafe risk to Plaintiff Lydia Kolb.

5. On or about September 4, 2006, in Nashville, Tennessee, the Plaintiff was transported to the emergency room at Vanderbilt University Medical Center in Nashville, Tennessee after suffering serious and permanent injuries as a result of the defective and unreasonably dangerous Bard Composix® Kugel Hernia Patch which was used to repair her ventral hernia and which is the subject of a FDA Class I recall.

6. At said date and time, the Defendants were strictly liable to the Plaintiff for manufacturing, constructing, designing, assembling, testing, producing, selling and distributing an unreasonably dangerous and defective product pursuant to Tenn.Code.Ann §29-28-101 et seq., which proximately caused personal injuries to the Plaintiff.

7. The Defendants were negligent in this matter because they: (a) failed to produce, manufacture, construct, design, assemble, distribute and sell a medical product that was safe and durable for its intended use; (b) failed to adequately notify and warn persons of the unreasonably dangerous and defective condition of the Bard Composix® Kugel Hernia Patch ; (c) failed to adequately inspect and test the Bard Composix® Kugel Hernia Patch to determine that it was safe and not defective and unreasonably dangerous for long-term use; (d) failed to warn physicians, hospitals, and patients of the dangers of the Bard Composix® Kugel Hernia Patch's defective and unreasonably dangerous condition; (e) failed to adequately warn physicians, hospitals, and patients of the potential hazards of the medical device; (f) failed to exercise due and reasonable care.

8. The negligent acts and omissions of the Defendants as set forth herein are the proximate cause of the Plaintiff's injuries and damages.

9. The Defendants are also liable to the Plaintiff for breaching an implied warranty of merchantability of the fitness of the product that it designed, manufactured, produced, distributed, and sold. The Defendants are also liable for breach of failure to discharge a duty to warn and/or instruct the Plaintiff, physicians and hospitals of the dangerous and defective condition of the product.

10. At said date and time, the Defendants are liable for the Plaintiff's injuries due to the negligent acts and omission of the Defendants as set forth herein and due to the Defendants' culpable acts under strict liability, breach of warranty and products liability which were the proximate cause of the Plaintiff's injuries and damages as set forth herein under common law and statutory law.

11. As a proximate result of the Defendants' culpable acts as set forth herein, Plaintiff Lydia Kolb has sustained past, present and future medical expenses, pain and suffering, lost wages, loss of earning capacity, emotional distress, loss of the enjoyment of life, disfigurement, and permanent damages for all of which she deserves to be compensated.

12. As a result of the Defendants' negligence, Plaintiff Robert Kolb has suffered a loss of consortium and a loss of services of his wife, Plaintiff Lydia Kolb, for which he is entitled to compensation.

Wherefore Plaintiffs prays:

(a) for service of process on Defendants;

(b) for the Defendants to file an Answer;

(c) for a jury of twelve to determine all triable issues;

(d) for an award of damages in favor of the Plaintiffs Lydia Kolb and Robert Kolb, and against the Defendants in an amount of $1,000,000.00;

(e) for court cost and discretionary costs to be taxed to the Defendants; and

(f) for general relief.

Respectfully submitted,

LAW OFFICE OF DONALD D. ZUCCARELLO

**Donald D. Zuccarello, BPR # 15092**
**Nina Parsley, BPR #23818**
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
(615) 259-8108

Attorneys for the Plaintiffs

**COST BOND**

I, Donald D. Zuccarello, am surety for this cause.

Donald D. Zuccarello

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

FILED 2007 MAR 22 PM 3:42

First X Alias ___ Pluries ___

CIVIL ACTION
DOCKET NO. 07C837

___ D.C.

LYDIA F. KOLB and ROBERT KOLB,

Plaintiff,

Vs.

C. R. BARD INC.,
by and through Registered Agent:
Judith A. Reinsdors
730 Central Avenue
Murray Hill, New Jersey 07974

Defendant.

Method of Service:
___ In County Sheriff
___ Out of County Sheriff
___ Secretary of State
___ Certified Mail

___ Personal Service

___ Commissioner of Insurance 01

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: 3-27-07

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

By ___
Deputy Clerk

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33951

DONALD D. ZUCCARELLO, ATTY. AT LAW
OPERATING ACCOUNT
3209 WEST END AVENUE
NASHVILLE, TN 37203
(615) 259-8100

CAPITAL BANK & TRUST
NASHVILLE, TENNESSEE 37203

87-418/640

3/26/2007

PAY TO THE ORDER OF Secretary of State $ **20.00

Twenty and 00/100****************************************************************************** DOLLARS

Secretary of State
Summons Division
312 8th Avenue North
6th Floor W. R. Snodgrass Tower
Nashville, TN 37243

MEMO SF: Lydia Kolb

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈033951⑈ ⑆064004181⑆ 700 723 0⑈

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

FILED 2007 MAR 22 PM 3:43

First X Alias ___ Pluries ___

CIVIL ACTION DOCKET NO. 07C837

[signature] D.C.

LYDIA F. KOLB and ROBERT KOLB,

Plaintiff,

Vs.

DAVOL INC.
by and through Registered Agent:
CT CORPORATION SYSTEM
10 WEYBOSSETT STREET
PROVIDENCE, RI 02903

Defendant.

Method of Service:
_____ In County Sheriff
_____ Out of County Sheriff
__•__ Secretary of State
_____ Certified Mail
_____ Personal Service
_____ Commissioner of Insurance 02

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: 3-27-07

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By [signature]
Deputy Clerk

ATTORNEY FOR PLAINTIFF Donald D. Zuccarello
2209 West End Avenue, Nashville, TN 37203

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**DONALD D. ZUCCARELLO, ATTY. AT LAW**
OPERATING ACCOUNT
3209 WEST END AVENUE
NASHVILLE, TN 37203
(615) 259-8100

CAPITAL BANK & TRUST
NASHVILLE, TENNESSEE 37203

87-418/640

33950

3/26/2007

PAY TO THE ORDER OF Secretary of State $ **20.00

Twenty and 00/100****************************************************************************************** DOLLARS

Secretary of State
Summons Division
312 8th Avenue North
6th Floor W. R. Snodgrass Tower
Nashville, TN 37243

MEMO SF: Lydia Kolb

[signature]

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈033950⑈ ⑆064004181⑆ 700 723 0⑈

State of Tennessee

Department of State

Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R. Snodgrass Tower
Nashville, Tennessee 37243

Case Number: 07C837

4/9/2007
Date

7114 5464 3550 0095 5998
Certifed Number

HON. RICHARD ROOKER
DAVIDSON COUNTY-CIRCUIT COURT
408 SECOND AVE. N. SUITE 2110
NASHVILLE, TN 37219

RE: LYDIA F. KOLB AND ROBERT KOLB

VS: C.R. BARD INC., ET. AL.

Dear Clerk:

Enclosed are the following papers in the above styled case:

- [x] Original Summons
- [x] Affidavit and Endorsement
- [x] Registered or Certified Return Receipt signed by:

A. FRANK...

- [ ] Registere...

enclosures

Initials: ADG

CC:

SS-4210 (Rev. 12/96

2. Article Number

7114 5464 3550 0095 5998

1. Article Addressed to: 2007 APR 13 AM 8: 22

RICHARD R. ROOKER, CLERK

C.R. BARD INC.
REG. AGNT. JUDITH A. REINSDORF
730 CENTRAL AVENUE
MURRAY HILL, NJ 07974
3/29/2007 12:52 PM

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) A. FRANKLIN

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

NEW PROVIDENCE NJ 07974 APR - 2 2007 USPS

3. Service Type ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

Code: ADG
Code2: 3/30/2007

PS Form 3811 Domestic Return Receipt

FILED

2007 APR 13 AM 8:22

RICHARD R. ROOKER, CLERK

D.C.

AFFIDAVIT
and
ENDORSEMENT

4/9/2007
Date

7114 5464 3550 0095 5998
Certified Number

Case Number: 07C837

RE: LYDIA F. KOLB AND ROBERT KOLB

VS: C.R. BARD INC., ET. AL.

I **MAYME R. BROWN** , having been duly authorized by Riley C. Darnell, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows: That on Wednesday, March 28, 2007 , I received from the plaintiff the original and certified copies of the Summons and Complaints issued against the defendant:

**REG. AGNT. JUDITH A. REINSDORS**
**C.R. BARD INC.**

whose address is:

730 CENTRAL AVENUE, MURRAY HILL, NJ 07974

and that on Friday, March 30, 2007 , I mailed by registered or certified return-receipt mail the certified copies of the Summons and Complaint to the defendant at the above address together with written notice that service was so made. I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on

**Monday, April 09, 2007** , and returned to DAVIDSON COUNTY-CIRCUIT COURT

of NASHVILLE , Tennessee on **Monday, April 09, 2007** .

Riley C. Darnell
Secretary of State
by Mayme R. Brown

Subscribed and sworn to before me,

this 9TH day of APRIL , 2007

NOTARY PUBLIC

My commission expires 1-4-2010

KIM FORD STATE OF TENNESSEE NOTARY PUBLIC CHEATHAM COUNTY, TN

SS-4201 (Rev. 2/90)

CIRC[redacted]URT SUMMONS NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

FILED
2007 MAR 22 PM 3:42

First X Alias ___ Pluries ___

RICHARD [illegible] CIVIL ACTION
DOCKET NO. 07C837
___ D.C.

LYDIA F. KOLB and ROBERT KOLB,

Plaintiff,

Vs.

C. R. BARD INC.,
by and through Registered Agent:
Judith A. Reinsdors
730 Central Avenue
Murray Hill, New Jersey 07974

Defendant.

**Method of Service:**
_____ *In County Sheriff*
_____ Out of County Sheriff
__*__ Secretary of State
_____ Certified Mail

_____ Personal Service

_____ Commissioner of Insurance 01

**To the above named Defendant:**

**You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.**

**In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.**

ISSUED: 3-27-07

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

**By** ___
Deputy Clerk

ATTORNEY FOR PLAINTIFF Donald D. Zuccarello
3209 West End Avenue, Nashville, TN 37203,
(615) 259-8100

or
PLAINTIFF'S ADDRESS

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this _________ day of ______________, 20___.

_____________ **SHERIFF**

2007 MAR 28 PM 3:33
SECRETARY OF STATE
RECEIVED

State of Tennessee

**Department of State**

Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R. Snodgrass Tower
Nashville, Tennessee 37243

Case Number: 07C837

4/5/2007
Date

7114 5464 3550 0095 6025
Certified Number

HON. RICHARD ROOKER
DAVIDSON COUNTY-CIRCUIT COURT
408 SECOND AVE. N. SUITE 2110
NASHVILLE, TN 37219

RE: LYDIA F. KOLB AND ROBERT KOLB

VS: DAVOL, INC., ET. AL.

Dear Clerk:

Enclosed are the following papers in the above styled case:

- [x] Original Summons
- [x] Affidavit and Endorsement
- [x] Registered or Certified Return Receipt signed by: SEE CARD
- [ ] Registered

2. Article Number

7114 5464 3550 0095 6025

1. Article Addressed to:

DAVOL, INC.
REG.AGNT. CT CORP. SYSTEM
10 WEYBOSSETT STREET
PROVIDENCE, RI 02903
3/29/2007 12:52 PM

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
APR 2 2007

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

2007 APR 26 ... D.C. ... CLERK

enclosures

Initials: MMH
CC:

SS-4210 (Rev. 12/96)

Code: ADG
Code2: 3/30/2007

PS Form 3811 Domestic Return Receipt

FILED

2007 APR 13 AM 8:26

RICHARD R. ROOKER, CLERK

D.C.

AFFIDAVIT
and
ENDORSEMENT

4/5/2007
Date

7114 5464 3550 0095 6025
Certified Number

Case Number: 07C837

RE: LYDIA F. KOLB AND ROBERT KOLB

VS: DAVOL, INC., ET. AL.

I **MAYME R. BROWN** , having been duly authorized by Riley C. Darnell, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows: That on Wednesday, March 28, 2007 , I received from the plaintiff the original and certified copies of the Summons and Complaints issued against the defendant:

**REG.AGNT. CT CORP. SYSTEM**
**DAVOL, INC.**

whose address is:

10 WEYBOSSETT STREET, PROVIDENCE, RI 02903

and that on Friday, March 30, 2007 , I mailed by registered or certified return-receipt mail the certified copies of the Summons and Complaint to the defendant at the above address together with written notice that service was so made. I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on **Thursday, April 05, 2007** , and returned to DAVIDSON COUNTY-CIRCUIT COURT of NASHVILLE , Tennessee on **Thursday, April 05, 2007** .

Riley C. Darnell
Secretary of State

by Mayme R. Brown

Subscribed and sworn to before me,

this 5TH day of APRIL , 2007

NOTARY PUBLIC

My commission expires 1-4-2010

KIM FORD
STATE OF TENNESSEE NOTARY PUBLIC
CHEATHAM COUNTY, TN

SS-4201 (Rev. 2/90)

CIRCUIT COURT SUMMONS NASHVILLE, TENNESSEE

**STATE OF TENNESSEE**
**DAVIDSON COUNTY**
**20TH JUDICIAL DISTRICT**

FILED
2007 MAR 22 PM 3:43

First X Alias __ Pluries __

RICHARD R. ROOKER

CIVIL ACTION
DOCKET NO. 07C837

_____ D.C.

LYDIA F. KOLB and ROBERT KOLB,

Plaintiff,

Vs.

DAVOL INC.
by and through Registered Agent:
CT CORPORATION SYSTEM
10 WEYBOSSETT STREET
PROVIDENCE, RI. 02903

Defendant.

**Method of Service:**
_____ In County Sheriff
_____ Out of County Sheriff
_____ Secretary of State
_____ Certified Mail

_____ Personal Service

_____ Commissioner of Insurance 02

**To the above named Defendant:**

**You are summoned to appear and defend a civil action filed against you in DAVIDSON COUNTY CIRCUIT COURT, NASHVILLE, TN, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.**

**In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.**

ISSUED: 3-27-07

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

**By** ____________________
Deputy Clerk

ATTORNEY FOR PLAINTIFF

Donald D. Zuccarello
3209 West End Avenue, Nashville, TN 37203
(615) 259-8100

or
PLAINTIFF'S ADDRESS

SECRETARY OF STATE
2007 MAR 28 PM 3:40
RECEIVED

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this ________ day of ____________, 20___.

____________ **SHERIFF**